UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
SEP 1 5 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: CR 06-00535-01 WDB |
| ) | |
| JOHNNIE FAYE HOWARD LEWIS ) | |

ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the Judgment and Sentence originally set for the 3rd day of November, 2006, be continued until the 15th day of December, 2006 at 10:00 a.m.

Date: 9-15-06

WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE

cc: WDB's Stats, Copy to parties via ECF
Probation