# United States District Court
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
NOV 2 7 2001
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA )
)
vs. )   Docket Number: CR 06-00535-1 MAG
)
Johnnie F. Lewis )
)
)

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _December 15, 2006_ be continued until _JANUARY 19, ~~February 16,~~ 2007_ at _10:00 am_.

Date: 11/27/06

Wayne D. Brazil
United States Magistrate Judge

cc: WDB's Stats, Copy to parties via ECF
Probation

NDC-PSR-009 12/06/04