FILED
JAN 1 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

MINTZ AND GILLER
A Law Corporation
By: James Giller, Esq. (SBN: 028084)
405 - 14th Street, Suite 1008
Oakland, California 94612
Telephone: (510) 451-6686
Facsimile: (510) 451-4820

Attorney for Defendant,
**Johnnie Fayne Lewis**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br>Johnnie Fayne Lewis<br><br>Defendants | CASE NO. **CR 06-00535 WDB**<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER** |

IT IS HEREBY STIPULATED by and between the parties that with the courts approval that this case be continued from January 19, 2007 to February 2, 2007 at 10:00AM. The reason for said stipulation is that the counsel for Defendant Johnnie Lewis has obtained some new information pertaining to this matter and has not yet had an opportunity to send that information to AUSA Rees and probation officer Brian Casai. Further, defendant's counsel is in the process of preparing a sentencing memorandum to include that information and the memorandum is not ready yet.

IT IS FURTHER, stipulated that the probation officer Brian Casai has been informed of this continuance.

cc: WDB's Stats, Copy to parties of record via ECF
Probation

DATED: January 18, 2007

S/
_____
Robert Rees
Assistant United States Attorney

DATED: January 18, 2007

S/
_____
James Giller,
Attorney for Defendant,
Johnnie F. Lewis

## ORDER

IT IS SO ORDERED that the sentencing hearing in this matter is continued to **February 2, 2007, at 10:00 a.m.,** before the Magistrate Judge Brazil.

DATED: 1/18/07

_____
Magistrate Judge Wayne D. Brazil
United States District Court Judge