RECEIVED
UNITED STATES MARSHAL

2007 MAR 15 AM 8: 14

NORTHERN DISTRICT OF
CALIFORNIA - OAKLAND

FILED

MAR 1 4 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | )<br>) |
|---|---|
| Plaintiff, | ) |
| vs | ) |
| | ) |
| JOHNNIE FAYE HOWARD LEWIS, | ) |
| Defendant. | ) |

Case No. CR-06-00535-001 WDB

**ORDER FOR**
**VOLUNTARY SURRENDER**

    Defendant has requested permission to report voluntarily, at defendant's own expense, to the federal institution designated by the Bureau of Prisons for service of defendant's sentence:

IT IS HEREBY ORDERED THAT:

    (1)    A stay of execution of defendant's sentence is GRANTED on the conditions set forth below, and during the period of the stay, Defendant shall remain at large on Defendant's present cognizance.

    (2)    Defendant shall immediately report to the United States Marshal's Office, Room 150C, First Floor, 1301 Clay Street, Oakland, California for further instructions, which Defendant shall follow precisely.

    (3)    As notified by the United States Marshal, the Defendant shall report to the federal institution designated by the Bureau of Prisons on or before 2:00 p.m. on **TUESDAY, MAY 1, 2007**. If there has been no designation made prior to the surrender date, then the Defendant is to report to the above office of the United States Marshal **by 12:00 noon on the surrender date**.

    (4)    Any failure by Defendant to obey all requirements of this order shall be punishable as a contempt.

    <u>FAILURE TO APPEAR</u> as required in this Order constitutes a separate offense, a violation of Section 3146 of Title 18, United States Code, and is punishable by additional imprisonment of up to five years.

Dated: 3/14/07

WAYNE D. BRAZIL
United States Magistrate Judge

cc: WDB's Stats, Copy to parties of record via ECF
     U.S. Marshal (*Certified*), Probation,